**Robert KAHRE, Plaintiff—Appellant,**

v.

**Thomas BIGGAR; et al., Defendants—Appellees.**

No. 03–15751.

United States Court of Appeals, Ninth Circuit.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

Submitted April 12, 2004.*

Decided April 16, 2004.

Robert Kahre, Las Vegas, NV, pro se.

Mark S. Braun, Esq., Office of the Nevada Attorney General, Todd Touton, Esq., Leah A. Ayala, Esq., Lionel, Sawyer and Collins, Daniel D. Hollingsworth, Office of the U.S. Attorney, R. Jolley, Jolley, Urga, Wirth & Woodbury, Las Vegas, NV, for Defendants–Appellees.

R. Gardner Jolley, Jolley, Urga, Wirth & Woodbury, Las Vegas, NV, pro se.

Before: HALL, O'SCANNLAIN, and RYMER, Circuit Judges.

### MEMORANDUM **

Robert Kahre appeals pro se the district court's judgment dismissing his action which arose from discovery orders issued in a Nevada state court action. We dismiss the appeal.

On February 27, 2003, the district court entered separate judgment dismissing Kahre's action. Kahre filed his notice of appeal on April 23, 2003, 55 days after the entry of judgment, Kahre's reliance on Fed. R.App. P. 4(a)(1)(B) is unavailing because appellee Mahan, at the time of the events giving rise to Kahre's action, was not an officer of the United States, but rather the judge presiding over Kahre's state court action.

---

\* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and may not be cited to or by the

Consequently, we lack jurisdiction over this appeal and grant appellees' motion to dismiss for lack of jurisdiction. *See* Fed. R.App. P. 4(a)(1)(A).

DISMISSED.